JUDGEMENT / SENTENCE DATE 081415
MOTION FOR NEW TRIAL FILED ✓ YES ___ NO DATE 081415

Deputy District Clerk

THE STATE OF TEXAS

vs.

Deshawn Baptiste

DRAWER #40

CAUSE NO. F1434615

704 DISTRICT COURT

DALLAS COUNTY, TEXAS

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
8/28/2015 10:50:34 AM
LISA MATZ
Clerk

FILED
2015 AUG 14 AM 11:46
FELICIA PITRE
DISTRICT CLERK
DALLAS CO. TEXAS
DEPUTY

## DEFENDANT'S NOTICE OF APPEAL AND PAUPER OATH

### APPOINTMENT OF ATTORNEY ON APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Defenant in the above cause and states: I am the defendant in the above cause; I was convicted in this cause and now give Notice of Appeal to the Texas Court of Appeals for the Fifth Supreme Judicial District of Texas of Dallas, Texas, and that I am penniless, destitute and indigent person, too poor to employ counsel to represent me on the appeal, and too poor to pay for or give security for the Statement of Facts and a true copy thereof herein. WHEREFORE, I pray that the Court will appoint an attorney to represent me in this appeal and that the Court will order the Court Reporter of this Court to prepare and deliver me or my appointed Counsel the original and a true copy of the Statement of Facts in this case, together with all exhibits attached thereto if practical.

_____
Defendant

BEFORE ME, the undersigned authority, personally appeared the above Defendant, known to me to be the person whose signature appears above, and after being duly sworn on oath states that he is the defendant in the above cause, and that the matters and things set forth in the foregoing are true and correct in all things.

JIM HAMLIN
DISTRICT CLERK
Dallas County, Texas

By _____
Deputy District Clerk

## ORDER

The Defendant having requested the Court to appoint Counsel,

it is Ordered the Honorable_____ Larry Mitchell _____,

Address:_____
a regular licensed and practicing attorney of Texas, be, and he/she is hereby appointed to represent Defendant in prosecuting his/her appeal herein, and it is further Ordered that the Court Reporter is hereby directed to transcribe all of the notes as same may appertain to this cause and as taken during the trial of this cause which began on

_____, _____, and make Statement of Facts in duplicate and furnish same to defendant or his appointed Counsel.

_____
Judge

FORM 40

Cause No. F14 34615

THE STATE OF TEXAS                    §        IN THE _____ 204
VS. DeShawn Baptiste                  §        DISTRICT COURT _____
                                      §        DALLAS COUNTY, TEXAS
                                      §

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

☑ is not a plea-bargain case, and the defendant has the right of appeal, [or]

☐ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal, [or]

☐ is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal, [or]

☐ is a plea-bargain case, and the defendant has NO right of appeal, [or]

☐ the defendant has waived the right of appeal, [or]

☐ other (please specify): _____

_____                    _____8/15/20____
Judge                                        Date Signed

FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
DEPUTY

2015 AUG 14 AM 11:47
FILED

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals' judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the Court of Criminal Appeals. Tex. R. App. P. 68.2. I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

_____                    _____
Defendant (if not represented by counsel)    Defendant's Counsel
Mailing Address:                             State Bar No.: 02216575
                                             Mailing Address:
Telephone #:
Fax # (if any):                              Telephone #:
                                             Fax # (if any):

* A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case- --- that is, a case in which a defendant's plea was guilty or nolo contendere and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant ---- a defendant may appeal only: (A) those matters that were raised by written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULE OF APPELLATE PROCEDURE 25.2(a)(2).



# THIS CASE IS ON APPEAL

CASE NO. F-1434615-Q
INCIDENT NO./TRN: 9181307071

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE 204th JUDICIAL DISTRICT |
| | § | |
| V. | § | COURT |
| | § | |
| DESHAWN JOSEPH BAPTISTE | § | DALLAS COUNTY, TEXAS |
| | § | |
| STATE ID NO.: TX50573825 | § | |

## JUDGMENT ADJUDICATING GUILT

| | | | |
|---|---|---|---|
| Judge Presiding: | HON. **Tammy Kemp** | Date Judgment Entered: | **8/14/2015** |
| Attorney for State: | **Jessica Trevizo** | Attorney for Defendant: | **Catherine Bernhard** |

| | |
|---|---|
| Date of Original Community Supervision Order: <br> **1/8/2015** | Statute for Offense: <br> **22.01 Penal Code** |

Offense for which Defendant Convicted:
**ASSAULT FAMILY VIOLENCE IMPEDE BREATHE/CIRCULATION**

Date of Offense:
**9/26/2014**

| Degree: <br> **2ND DEGREE FELONY** | Plea to Motion to Adjudicate: <br> **NOT TRUE** | Findings on Deadly Weapon: <br> **N/A** |
|---|---|---|

Terms of Plea Bargain:
**OPEN**

| | | | |
|---|---|---|---|
| Date Sentence Imposed: | **8/14/2015** | Date Sentence to Commence: | **8/14/2015** |

| Punishment and Place of Confinement: | **5 YEARS INSTITUTIONAL DIVISION, TDCJ** |
|---|---|

THIS SENTENCE SHALL RUN **CONCURRENTLY.**

☐ SENTENCE OF CONFINEMENT SUSPENDED, DEFENDANT PLACED ON COMMUNITY SUPERVISION FOR **N/A** .

| Fine: | Court Costs: | Restitution: | Restitution Payable to: |
|---|---|---|---|
| $ **N/A** | $ **249** | $ **N/A** | (see below) ☐ AGENCY/AGENT ☐ VICTIM |

☐ **Attachment A, Order to Withdraw Funds, is incorporated into this judgment and made a part hereof.**

**Sex Offender Registration Requirements do not apply to the Defendant.** TEX. CODE CRIM. PROC. chapter 62

The age of the victim at the time of the offense was **N/A** .

| Time Credited: | If Defendant is to serve sentence in TDCJ, enter incarceration periods in chronological order. <br><br> From 9/26/2014 to 11/20/2014    From 4/30/2015 to 8/14/2015    From    to <br> From    to    From    to    From    to <br><br> If Defendant is to serve sentence in county jail or is given credit toward fine and costs, enter days credited below. <br><br> **N/A DAYS    NOTES: N/A** |
|---|---|

All pertinent information, names and assessments indicated above are incorporated into the language of the judgment below by reference.

The Court previously deferred adjudication of guilt in this case. Subsequently, the Court heard the matter of Defendant's compliance with and obedience to the terms and conditions of the Court's Order of Deferred Adjudication of Guilt. The State appeared by her District Attorney.

**Counsel / Waiver of Counsel (select one)**
☒ Defendant appeared in person with Counsel.
☐ Defendant knowingly, intelligently, and voluntarily waived the right to representation by counsel in writing in open court.



After hearing and considering the evidence presented by both sides, the Court **FINDS THE FOLLOWING**: (1) The Court previously found the Defendant to be qualified for community supervision; (2) The Court **DEFERRED** further proceedings, made no finding of guilt, and rendered no judgment; (3) The Court issued an order placing Defendant on community supervision for a period of **2 YEARS**; (4) The Court assessed a fine of $      ; (5) While on community supervision, Defendant violated the terms and conditions of community supervision as set out in the State's **ORIGINAL** Motion to Adjudicate Guilt as follows:
See attached Motion to Adjudicate Guilt.

Accordingly, the Court **GRANTS** the State's Motion to Adjudicate the Defendant's Guilt in the above cause. **FINDING** the Defendant committed the offense on the date as noted above, the Court **ORDERS, ADJUDGES AND DECREES** that Defendant is **GUILTY** of the offense. The Court **FINDS** the Presentence Investigation, if so ordered, was done according to the applicable provisions of TEX. CODE CRIM. PROC. art. 42.12 § 9.

The Court **ORDERS** Defendant punished as indicated above. The Court **ORDERS** Defendant to pay all fines, court costs, and restitution as indicated above.

### Punishment Options (select one)

☒ **Confinement in State Jail or Institutional Division.** The Court **ORDERS** the authorized agent of the State of Texas or the Sheriff of this County to take, safely convey, and deliver Defendant to the **Director, Institutional Division, TDCJ.** The Court **ORDERS** Defendant to be confined for the period and in the manner indicated above. The Court **ORDERS** Defendant remanded to the custody of the Sheriff of this county until the Sheriff can obey the directions of this sentence. The Court **ORDERS** that upon release from confinement, Defendant proceed immediately to the Dallas County District Clerk Felony Collections Department. Once there, the Court **ORDERS** Defendant to pay, or make arrangements to pay, any remaining unpaid fines, court costs, and restitution as ordered by the Court above.

☐ **County Jail—Confinement / Confinement in Lieu of Payment.** The Court **ORDERS** Defendant immediately committed to the custody of the Sheriff of Dallas County, Texas on the date the sentence is to commence. Defendant shall be confined in the Dallas County Jail for the period indicated above. The Court **ORDERS** that upon release from confinement, Defendant shall proceed immediately to the Dallas County District Clerk Felony Collections Department. Once there, the Court **ORDERS** Defendant to pay, or make arrangements to pay, any remaining unpaid fines, court costs, and restitution as ordered by the Court above.

☐ **Fine Only Payment.** The punishment assessed against Defendant is for a **FINE ONLY.** The Court **ORDERS** Defendant to proceed immediately to the Office of the Dallas County District Clerk Felony Collections Department. Once there, the Court **ORDERS** Defendant to pay or make arrangements to pay all fines and court costs as ordered by the Court in this cause.

### Execution / Suspension of Sentence (select one)

☒ The Court **ORDERS** Defendant's sentence **EXECUTED.**

☐ The Court **ORDERS** Defendant's sentence of confinement **SUSPENDED.** The Court **ORDERS** Defendant placed on community supervision for the adjudged period (above) so long as Defendant abides by and does not violate the terms and conditions of community supervision. The order setting forth the terms and conditions of community supervision is incorporated into this judgment by reference.

The Court **ORDERS** that Defendant is given credit noted above on this sentence for the time spent incarcerated.

### Furthermore, the following special findings or orders apply:

DEFENDANT EXCEPTS AND GIVES NOTICE
OF APPEAL TO THE COURT OF APPEALS,
FIFTH DISTRICT OF TEXAS AT DALLAS

**THIS CASE IS ON APPEAL**

X _____ Tammy Kemp _____
Tammy Kemp
JUDGE PRESIDING

Clerk: Maven

*Certificate of Thumbprint attached.

Right Thumbprint*

## JUDGMENT
## CERTIFICATE OF THUMBPRINT

**THE STATE OF TEXAS**

**VS.**

Deshawn Baptiste

**CAUSE NO. F** 1434615 **-Q**

**JUDICIAL 204th** **DISTRICT COURT**

**DALLAS COUNTY, TEXAS**

**RIGHT THUMB**

**DEFENDANT'S** R **HAND**

THIS IS TO CERTIFY THAT THE FINGERPRINTS ABOVE ARE THE ABOVE-NAMED DEFENDANT'S FINGERPRINTS TAKEN AT THE TIME OF DISPOSITION OF THE ABOVE STYLED AND NUMBERED CAUSE.

DONE IN COURT THIS 14th DAY OF Aug , 20 15 .

_____
**BAILIFF/DEPUTY SHERIFF**

\*INDICATE HERE IF PRINT OTHER THAN DEFENDANT'S RIGHT THUMBPRINT IS PLACED IN BOX:

_____ LEFT THUMBPRINT    _____ LEFT/RIGHT INDEX FINGER

_____ OTHER, _____

SIGNED AND ENTERED ON THIS 14 DAY OF Aug. , 20 15 .

_____
**PRESIDING JUDGE**

U5U|5U

THE STATE OF TEXAS

CAUSE NO. F 1434615

VS.

_Deshawn Baptiste_

JUDICIAL 204th   DISTRICT COURT ___

DALLAS COUNTY, TEXAS

## DEFENDANT'S MOTION FOR NEW TRIAL

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes the Defendant in the above cause and by his Attorney, and moves the Court to grant him a New Trial herein for the good and sufficient reason that the verdict is contrary to the law and evidence.

Wherefore, Defendant prays the Court grant a new trial herein.

FILED

2015 AUG 14 AM 11: 46

FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS

BY_____ DEPUTY

Respectfully submitted,

_____
Attorney for Defendant

## ORDER

The above Motion is hereby:

☐ (GRANTED)   ☒ (OVERRULLED)

_____
JUDGE